SAMUEL H. DICK *v.* JACK R. DICK ET AL.

The motion by the plaintiff to dismiss the cross appeal from the Superior Court in Fairfield County at Stamford is denied.

*Charles G. Albom,* for the appellant-appellee (plaintiff).

*Morgan P. Ames,* with whom was *Edward G. Mellick,* for the appellees-appellants (defendants).

Argued January 4—decided January 4, 1972

BOARD OF EDUCATION OF THE TOWN OF STRATFORD ET AL. *v.* ARTHUR C. DRITENBAS ET AL.

The motion by the plaintiffs to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Sturges N. Laros,* with whom was *Lawrence W. Kanaga,* for the appellees (plaintiffs).

*Robert M. Davidson,* for the intervening appellants (defendants Edward C. Hargus et al.).

Argued January 4—decided January 4, 1972

A. MARLAND SHOEMAKER ET AL. *v.* ZONING COMMISSION OF THE TOWN OF GROTON ET AL.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in New London County is denied.

*John Rose, Jr.,* for the appellees (defendants Albert E. Clack and Howard Falk).